NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTOPHER A. BENTON-EL,**
*Petitioner,*

v.

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

---

2011-3117

---

Petition for review of the Merit Systems Protection Board in case no. AT0752090709-I-2.

---

## ON MOTION

---

## ORDER

Christopher A. Benton-El moves for an extension of time to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  Benton-El's reply brief is due within 14 days of the date of filing of this order.

FOR THE COURT

**AUG 2 2 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Christopher A. Benton-El
     Sarah M. Bienkowski, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 2 2 2011

JAN HORBALY
CLERK